JS-6

NORMAN P. KATNIK, ESQ. (SBN 122538)
KURTIS A. KATNIK, ESQ. (SBN 283164)
NORM KATNIK, JR., ESQ. (SBN 293951)
KATNIK & KATNIK LAWYERS
1501 North Broadway
Santa Ana, California 92706
Telephone: (714) 547-0848

Attorneys for Plaintiffs
DANNY URIBE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY URIBE;<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; CITY OF WESTMINSTER, and DOES 1 to 100, inclusive,<br><br>   Defendants. | Case No.: 8:24-cv-00271-SSS (JDEx)<br>Assigned to:<br>Hon. Sunshine Suzanne Sykes<br>Crt. Rm: 2<br>Magistrate: John D. Early<br>Crt. Rm: 6A<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Action Date:   2/8/24<br>Trial Date:      7/8/25 |

The Court having read and considered the Parties' Joint Stipulation and request for dismissal of the entire action with prejudice, the Court hereby orders this action dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: July 8, 2024

_____
Hon. Sunshine Suzanne Sykes
U.S. District Judge